DANIEL HAAKENSON, Appellant, *v.* ROBERT GOELET et al., Defendants, and ADAM REINHARDT & BROTHERS, Respondent.

*Haakenson v. Goelet,* 168 App. Div. 903, affirmed.
(Argued December 17, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1915, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term. The action was brought by the appellant, an employee of one independent contractor, against another independent contractor, as one under section 18 of the Labor Law, for damages for personal injuries sustained by him on September 12, 1911, by the breaking of a scaffold plank in a building in the course of erection in the city of New York.

*John B. Doyle, Joseph A. Burdeau* and *Joseph W. Clausen* for appellant.
*Edward P. Mowton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.